D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MUHARREM BALKANLI,

                Plaintiff,

-against-

JOHN DOE and JANE DOE POLICE OFFICER;
NYPD and City of New York;
DOMESTIC VIOLENCE BUREAU OF QUEENS
COUNTY,

                Defendants.
------------------------------------------------------------X

**ORDER AND
CIVIL JUDGMENT**

**09-CV-1519 (NGG)**

Pro se Plaintiff Muhareem Balkanli ("Plaintiff"), formerly incarcerated at the Varick Federal Detention Center in Manhattan, filed this Complaint pursuant to 42 U.S.C. § 1983 against the City of New York, the Domestic Violence Bureau (a department within the Queens County District Attorney's Office), the New York City Police Department ("NYPD"), and two police officers alleging false arrest, malicious prosecution, and false imprisonment arising from his 2004 arrest for domestic violence, assault, and harassment.[1] By Order dated November 2, 2009, the court dismissed Plaintiff's claims against the NYPD, the City of New York, and the Domestic Violence Bureau of Queens County pursuant to 28 U.S.C. § 1915(e)(2)(B), but afforded him 30 days to file an amended complaint setting forth his Section 1983 claims and identifying the individuals personally involved in the alleged constitutional violations. The Order further stated that if Plaintiff failed to amend his Complaint within the time allowed,

---

[1] Plaintiff previously filed two similar actions against the same defendants, but alleged different arrest dates in 2006 and 2007. See Balkanli v. Doe, 09-CV-1517 (NGG); Balkanli v. Doe, 09-CV-1518 (NGG). In each case, the court directed Plaintiff to file an amended complaint. Because of Plaintiff's failure to do so, both actions were dismissed.

judgment would enter and the Clerk of Court would close the case. Plaintiff has not submitted an amended complaint and the time for doing so has passed. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the Complaint is hereby dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/S/
Nicholas G. Garaufis
United States District Judge

Dated: Brooklyn, New York
December 14, 2009